IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVERETT JOSEPH JEWETT,

    Plaintiff,                        No. CIV S-06-2857 MCE EFB P

    vs.

PRISON HEALTH SERVICE,

    Defendants.               ORDER

_____/

    Plaintiff requests an extension of time to file an application to proceed *in forma pauperis* and a certified copy of his prison trust account statement. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's January 11, 2007, request is granted and plaintiff has 30 days from the date this order is served to file an application to proceed *in forma pauperis* and a certified copy of his prison trust account statement.

    So ordered.

Dated: February 22, 2007.

                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE