IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVERETT JOSEPH JEWETT,

    Plaintiff,                      No. CIV S-06-2857 MCE EFB P

    vs.

PRISON HEALTH SERVICES,

    Defendant.                  FINDINGS AND RECOMMENDATIONS

                              /

        On January 3, 2007, plaintiff was ordered to file, within thirty days, a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. He was cautioned that failure to do so would result in a recommendation that this action be dismissed. On February 22, 2007, plaintiff was granted an additional thirty days in which to comply with the January 3, 2007, order.[1] The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed the required copy of his prison trust account statement. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

---

[1] Although it appears from the file that plaintiff's copy of the February 22, 2007, order was returned, plaintiff was properly served. Thus, it appears that the plaintiff has also ailed to keep the court apprised of his current address as required by Local Rule 83-182(f).

1

1     These findings and recommendations are submitted to the United States District Judge
2 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
3 after being served with these findings and recommendations, any party may file written
4 objections with the court and serve a copy on all parties.  Such a document should be captioned
5 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
6 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
7 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
8 DATED:  May 1, 2007.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE