IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVERETT JOSEPH JEWETT,

    Plaintiff,                        No. CIV S-06-2857 MCE EFB P

    vs.

PRISON HEALTH SERVICES, INC.,
et al.,

    Defendants.                ORDER
_____/

    Plaintiff is a state prisoner proceeding without counsel *in forma pauperis* in an action against prison officials for civil rights violations. *See* 28 U.S.C. § 1915(a). This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1). Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a). Plaintiff has been assessed an initial payment of $3.32. Thereafter, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2). The agency having custody of plaintiff is required to forward payments from plaintiff's account to the Clerk of the Court each time the amount in the account exceeds $10 until the filing fee is paid.

    The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's *in forma pauperis* application upon the Director of the California Department of Corrections and

Rehabilitation and deliver a copy of this order to the Clerk's financial division.

So ordered.

Dated: October 31, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE