IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVERETT JOSEPH JEWETT,

    Plaintiff,                    No. CIV S-06-2857 MCE EFB P

    vs.

PRISON HEALTH SERVICE,,

    Defendants.              FINDINGS AND RECOMMENDATIONS

        Plaintiff is a prisoner, without counsel, suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. An order duly served on plaintiff by mail was returned by the postal service on March 1, 2007.

        A party appearing without counsel must keep the court and all parties apprised of his current address. L.R. 83-183(b). If mail directed to such a plaintiff is returned by the postal service and plaintiff fails to notify the court and opposing parties within 60 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute.

        More than 60 days have passed since the postal service returned the order and plaintiff has not notified the court of his current address.

        Accordingly, it is hereby RECOMMENDED that this action be dismissed for plaintiff's failure to keep the court apprised of his current address. *See* Local Rules 83-182(d) and 11-110.

1

1 These findings and recommendations are submitted to the United States District Judge
2 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
3 after being served with these findings and recommendations, any party may file written
4 objections with the court and serve a copy on all parties.  Such a document should be captioned
5 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
6 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
7 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
8 DATED:  November 27, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE