1
2
3
4
5
6
7         IN THE UNITED STATES DISTRICT COURT
8         FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10  EVERETT JOSEPH JEWETT,           )    No. 2:06-CV-02857 ODW
                                     )
11         Plaintiff,                )
                                     )
12  vs.                              )    ORDER
                                     )
13                                   )
    PRISON HEALTH SERVICES, INC.     )
14                                   )
           Defendant.                )
15  _____  )

16
17         By Order dated January 7, 2011 Plaintiff was ordered to provide the court with his new address by February 7, 2011 or suffer dismissal of his complaint.
18         The court docket reflects that Plaintiff was paroled on or about November 29, 2010 and is no longer in state custody.  Plaintiff has failed to provide the court with his current address and mailed notices continue to be returned as undeliverable. Due to his failure to keep the court advised of his address, or to prosecute this matter, it is hereby dismissed without prejudice.

DATED: March 25, 2011                    _____
                                         OTIS D. WRIGHT, II, DISTRICT JUDGE