IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EVERETT JOSEPH JEWETT, | ) | No. 2:06-CV-02857 ODW |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| PRISON HEALTH SERVICES, INC. | ) | |
| Defendant. | ) | |

On January 11, 2011 the court, in response to Plaintiff's second request for the appointment of counsel to act on his behalf, ordered that he provide the court with his current address by February 7, 2011. It was expressly stipulated that failure to so advise the court would result in the dismissal of this action.

No change of address was lodged with the court on or before February 7, 2011 and on March 29, 2011 the court ordered this matter dismissed for plaintiff's failure to keep the court advised of his current address.

On July 5, 2011 Plaintiff filed his objection to the dismissal on the ground that while on parole, his address is the parole office, which apparently will assume the responsibility of forwarding his mail. The court offers no opinion on whether or not that is correct. For the court's

1  purposes, the inquiry is really quite simple. Litigants, whether or not in custody, are required to
2  keep the court apprised of their mailing address. Plaintiff was ordered to do so by a date certain and
3  failed to do so. Plaintiff's objection is overruled and the matter has been and remains dismissed.
4        The second motion for appointment of counsel is DENIED as MOOT.

DATED: July 8, 2011

OTIS D. WRIGHT, II, DISTRICT JUDGE